IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07 CR 69-10

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MICHAEL RAY ELLIOTT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS CAUSE coming on to be heard and being heard before the undersigned, pursuant to a Motion to Reconsider Bond (#86) and an Amended Motion to Reconsider Bond (#101) filed by defendant's counsel, Victoria Jayne. At the call of this matter on for hearing, Ms. Jayne advised the court that she wished to continue the hearing of her motions and the Government had no objection to such continuance.

**ORDER**

IT IS, THEREFORE, **ORDERED** that the hearing of the Motion to Reconsider Bond (#86) and the Amended Motion to Reconsider Bond (#101) are hereby continued and shall be rescheduled upon additional motion of the defendant.

Signed: August 24, 2007

Dennis L. Howell
United States Magistrate Judge